**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 6, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

By ECF

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  **United States v. Dashawn Smith**
     **19 CR 11 (GHW)**

Dear Judge Woods:

I write on behalf of Mr. Smith to respectfully request that the Court adjourn the sentencing hearing currently scheduled for January 3, 2020. The reason for the request is two-fold. First the defense is still awaiting documents which are essential for the defense sentencing submission and the second reason is that Mr. Smith is currently studying for the GED and would like to be able to take the test before he is sentenced so that his studying and testing is not interrupted by a changed in designation. I would request an adjournment two month adjournment to a date in the first two weeks of March. I will be away during the third week and therefore unavailable.

The government has no objection to this request and is currently available during the proposed timeframe.

Thank you for your consideration of this request.

Very Truly Yours,

/s/
Jennifer Willis, esq.
Assisstant Federal Defender
(212) 417-8743

Application granted. The sentencing hearing scheduled for January 3, 2020 is adjourned until March 13, 2020 at 4:00 p.m. Defendant's sentencing memorandum is due February 28, 2020; the Government's memorandum is due March 6, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59.

SO ORDERED.

Dated: December 9, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge